# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 30, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00466 | Felipe v. City and County of Honolulu, Honolulu Emergency Services Dept. | Vacated and Remanded |
| 30564 | Heinzman v. Cendant Corp. | Affirmed |
| CAAP–11–00 00581 | State v. Helsen | Reversed |

**January 31, 2013**

| | | |
|---|---|---|
| 30123 | Avelo Mortg., LLC v. Segundo | Affirmed |

**February 11, 2013**

| | | |
|---|---|---|
| CAAP–12–00 00390 | AI, In re | Affirmed |
| CAAP–12–00 00360 | Jeng-Her Chen v. Hui-Chun Lu | Affirmed |
| CAAP–11–00 00654 | State v. Beaver | Affirmed |

**February 12, 2013**

| | | |
|---|---|---|
| 29448 | Marn Family Litigation, In re | Affirmed in Part, Vacated in Part and Remanded |
| 29486 | McCully Associates v. Ten Grand Associates | Affirmed |

**February 13, 2013**

| | | |
|---|---|---|
| CAAP–11–00 00785 | State v. Attaguile | Affirmed |

**February 14, 2013**

| | | |
|---|---|---|
| CAAP–11–00 01107, CAAP– | Hawai'i State Teachers Ass'n, In re | Affirmed |